# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

-vs-                                                 Case No. 6:07-cr-107-Orl-28GJK

**MIGUEL ANTONIO MONTES,**
**RICARDO ORTIZ**

---

## ORDER

This cause is before the Court following a Garcia Hearing held before the Magistrate Judge on February 22, 2008. The United States Magistrate Judge has submitted a report recommending that the Court find there was no conflict of interest at the time the Defendants entered their guilty pleas. All other issues regarding a potential conflict are now moot due to the Granting of Ortiz's Motion to Withdraw as Counsel of Record and Motion for Appointment of CJA Counsel which was Granted on February 26, 2008 (Doc. No. 919)..

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 26, 2008 (Doc. No. 923) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finds that there was no conflict of interest at the time the Defendants Miguel Antonio Montes and Ricardo Ortiz entered their guilty pleas.

**DONE and ORDERED** in Chambers, Orlando, Florida this 25 day of March, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party