# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                              Case No.  6:07-cr-107-Orl-28GJK

**RICARDO ORTIZ**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Bruce S. Ambrose |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Ismael Solis, Jr. |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | David Salce |
| **DATE/TIME:** | May 29, 2008 1:30-2:05 p.m. | **INTERPRETER:** | Etienne VanHissenhoven/Spanish |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count One of the First Superseding Information.

Motion for Court to recognize defendant's substantial assistance (Doc. No. 829)    Granted.

IMPRISONMENT:    96 Months.  This sentence shall run consecutive with the sentence imposed in Criminal Case No. 6:07-cr-149-Orl-28KRS.

Court Recommends:    That defendant be confined at FCI Coleman, Florida and participate in the 500 hour drug rehabilitation program.

Supervised Release:    5 years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

    Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

    Community Service Program:    Perform 150 hours in lieu of paying a fine.

    Cooperate in the collection of DNA, as directed by the Probation Officer.

Original Indictment is dismissed on the Motion of the U.S. Attorney's Office.

Fine and costs of imprisonment/supervision:    Waived.

Special Assessment:    $100.00.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:    Defendant is advised of right to appeal.